DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TRIPLE CROWN CONSTRUCTION AND REAL ESTATE GROUP, INC.,**
Appellant,

v.

**STAR INSURANCE COMPANY,**
Appellee.

No. 4D15-3653

[June 8, 2016]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Donald W. Hafele, Judge; L.T. Case No. 502014CA011816XXXXMB.

Robert B. Cook, Palm Beach Gardens, for appellant.

Kurt E. Lee of Kurt E. Lee, PL, Sarasota, and Thomas L. Avrutis of Avrutis & Foeller, Sarasota, for appellee.

PER CURIAM.

*Affirmed. FCCI Ins. Co. v. NCM of Collier Cty., Inc.,* 15 So. 3d 5 (Fla. 2d DCA 2009).

CIKLIN, C.J., WARNER and GERBER, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***